**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                          |     |                              |
| ------------------------ | --- | ---------------------------- |
| MECHELE R. PARKER,       | )   |                              |
|                          | )   |                              |
| Plaintiff,               | )   |                              |
|                          | )   |                              |
| v.                       | )   | Civ. Action No. 17-520 (EGS) |
|                          | )   |                              |
| Gordon Hartogensis,[1]   | )   |                              |
|                          | )   |                              |
| Defendant.               | )   |                              |
|                          | )   |                              |

**ORDER**

On January 7, 2019, the Court referred this case to a Magistrate Judge for a Report and Recommendation on defendant's motion for summary judgment. Magistrate Judge Deborah Robinson issued a Report and Recommendation on March 23, 2020. On May 8, 2020, Plaintiff Michele Parker filed a "Response" to the Report and Recommendation in which she states that she "will not readdress" the Report and Recommendation. ECF No. 32 at 2. Pursuant to Federal Rule of Civil Procedure 72(b), once a magistrate judge has entered a recommended disposition, a party may file specific written objections. The district court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "may accept, reject or

---

[1] Gordon Hartogensis, the current Director of the Pension Guarantee Benefit Corporation is substituted for Joshua Gotbaum, the former Director of the Pension Guarantee Benefit Corporation, pursuant to Federal Rule of Civil Procedure 25(d).

modify the recommended disposition." Fed. R. Civ. P. 72(b)(3).

Proper objections "shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for objection." Local R. Civ. P. 72.3(b); *see also Taylor v. District of Columbia*, 205 F. Supp. 3d 75, 79 (D.D.C. 2016) ("[A] district court may review only those issues that the parties have raised in their objections to the Magistrate Judge's report . . . .") (internal quotation marks omitted). Ms. Parker has not "specifically identif[ied] [any] portions of the proposed findings and recommendations to which objection is made and the basis for objection." Local R. Civ. P. 72.3(b). The Court has carefully reviewed the Report and Recommendation and, having received no objections within the meaning of Local Civil Rule 72.3(b), accepts the findings and **ADOPTS** the recommendations of Magistrate Judge Robinson contained in the Report and Recommendation.

Accordingly, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is **ENTERED** in favor of defendant.

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**September 2, 2021**